UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

QUINCY DONTAY ROBERTS,

           **INDICTMENT**

        Defendant.

_____/

    The Grand Jury charges:

(Possession with Intent to Distribute Cocaine)

    On or about June 22, 2026, in Manistee County, in the Southern Division of the Western District of Michigan, the defendant,

QUINCY DONTAY ROBERTS,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

        A TRUE BILL

        [ /s/ Redacted ]

        _____
        GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney